■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH COLETTI, Appellant.— Judgment of conviction for violation of section 153.17 of the Health Code of the City of New York unanimously reversed, on the law and

on the facts, the information dismissed, and the fine remitted. The ordinance was not applicable to defendant's conduct since the literature he was distributing was " other than commercial or business advertising matter " expressly excepted from the ordinance. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.